**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| JODY LEE RABY, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-77 |
| v. | |
| ROBERT ADAMS, JR.; and EUGENE SAPP, in their individual and official capacities, | |
| Defendants. | |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 23). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and **DENIES** Plaintiff's request for injunctive relief. Plaintiff's claims against Defendants in their individual capacities remain pending. (Doc. 24.)

**SO ORDERED**, this 13th day of January, 2021.

*[Signature]*

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA